# Exhibit A

Skip to contents

home   sitemap   contact us   Language

Enter your search terms

**ABOUT KFTC** | **POLICY AREA** | **PUBLICATIONS** | **LAWS & GUIDELINES** | **INTERNATIONAL RELATIONS**

# Korea Fair Trade Commission

Ministerial-level central administrative organization under the authority of the Prime Minister functions as a quasi-judiciary body.

ABOUT KFTC   Overview   who we are

## ABOUT KFTC

Chairman & Commissioners

Chairman's Message & Activities

Overview

Organization

History

Location

## who we are

Who we are   What we do   How we handle cases

**Who we are**

The Korea Fair Trade Commission (KFTC) is a ministerial-level central administrative organization under the authority of the Prime Minister and also functions as a quasi-judiciary body. The Commission formulates and administers competition policies, and deliberates, decides, and handles antitrust cases. The KFTC performs its roles and duties independently without any intervention from an outside organization.



The KFTC consists of a committee, the decision-making body, and a secretariat, a working body. The committee consists of 9 commissioners, who deliberate and make decisions on competition and consumer protection issues. The Chairman and the Vice-Chairman are recommended by the Prime Minister and appointed by the President, while other remaining commissioners are recommended by the Chairman and appointed by the President. Term of office is 3 years for the commissioners.

The secretariat is directly involved in drafting and promoting competition policies, investigating antitrust issues, presenting them to the committee, and handling them according to the committee's decision.

The KFTC is committed to four main mandates : promoting competition, strengthening consumers' rights, creating a competitive environment for SMEs and restraining concentration of economic power. To that end, the Commission enforces 12 laws including the Monopoly Regulation and Fair Trade Act (MRFTA).

 LAWS SEARCH    International Competition Network   VIEWER DOWNLOAD   RELEVANT ORGANIZATION

 FAIR TRADE COMMISSION

Korea Fair Trade Commission, 95 Dason-3ro, Sejong 30108 Korea
Tel: +82-44-200-4326 Fax:+82-44-200-4343
2015 Copyright (c) Fair Trade Commission. All Rights Reserved.

