GARY A. BORNSTEIN (Pro Hac Vice Application Pending)
YONATAN EVEN (Pro Hac Vice Application Pending)
BENJAMIN GRUENSTEIN (Pro Hac Vice Application Pending)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

DAVID A. KAYS, ESQ. (SBN 120798)
WILLIAM SIAMAS, ESQ. (SBN 133111)
FREEDA YLLANA LUGO, ESQ. (SBN 244913)
MORGAN, FRANICH, FREDKIN, SIAMAS & KAYS
333 West San Carlos Street, Suite 1050
San Jose, California 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Applicant
QUALCOMM INCORPORATED

FILED
JAN 07 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

CV 16 80002 MISC. PSG

| | |
|---|---|
| In re Ex Parte Application of QUALCOMM INCORPORATED,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in a Foreign Proceeding | Miscellaneous Action No.<br><br>DECLARATION OF BRENT BYARS IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

I, Brent Byars hereby declare as follows:

1. I am an attorney admitted to practice in the courts of New York and am associated with Cravath, Swaine & Moore LLP, counsel to Qualcomm Incorporated ("Qualcomm").

2. I submit this declaration in support of Qualcomm's Ex Parte Application for an

---
1
Declaration Of Brent Byars In Support Of Ex Parte Application For An Order Pursuant To 28 U.S.C. § 1782 Granting Leave To Obtain Discovery For Use In A Foreign Proceeding

Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding.

3. The basis of the facts set forth herein are statements made by Apple Inc. ("Apple") on its Internet website, records found in the Internet database of the California Secretary of State and the public records of this Court.

4. Apple is a California corporation headquartered at 1 Infinite Loop, Cupertino, California, in this District. A true and correct copy of the record of the California Secretary of State is attached as Exhibit A.

5. Apple has been engaged in protracted litigation in this Court against Samsung Electronics Co., Ltd. ("Samsung Electronics"), Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("Samsung Telecommunications") (together, "Samsung") captioned Samsung Electronics Co., Ltd. v. Apple Inc., No. 11-02079 in the U.S. District Court for the Northern District of California, Apple Inc. v. Samsung Electronics Co. Ltd., No. 11-1846 in the U.S. District Court for the Northern District of California and Apple Inc. v. Samsung Electronics Co. Ltd., No. 12-630 in the U.S. District Court for the Northern District of California. The discovery sought from Apple relates in part to positions Samsung has taken in that litigation, some of which are inconsistent with positions that the Examiner's Report states Samsung took before the KFTC.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2016

_M. Byars_
M. Brent Byars