GARY A. BORNSTEIN (Pro Hac Vice Application Pending)
YONATAN EVEN (Pro Hac Vice Application Pending)
BENJAMIN GRUENSTEIN (Pro Hac Vice Application Pending)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

DAVID A. KAYS, ESQ. (SBN 120798)
WILLIAM SIAMAS, ESQ. (SBN 133111)
FREEDA YLLANA LUGO, ESQ. (SBN 244913)
MORGAN, FRANICH, FREDKIN, SIAMAS & KAYS
333 West San Carlos Street, Suite 1050
San Jose, California 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Applicant
QUALCOMM INCORPORATED

FILED
JAN 07 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

CV 16 80002 MISC. PSG

| | |
|---|---|
| In re Ex Parte Application of<br>QUALCOMM INCORPORATED,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in a Foreign Proceeding | Miscellaneous Action No.<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR APPLICANT QUALCOMM INCORPORATED |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the following attorneys as counsel for Applicant Qualcomm Incorporated in the above-referenced matter. Please direct copies of all pleadings, notices, orders and other papers filed in the action, to counsel at the following address:

David A. Kays
MORGAN FRANICH FREDKIN SIAMAS & KAYS
333 West San Carlos Street, Suite 1050
San Jose, CA 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
Email: dkays@mffmlaw.com

Freeda Yllana Lugo
MORGAN FRANICH FREDKIN SIAMAS & KAYS
333 West San Carlos Street, Suite 1050
San Jose, CA 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
Email: flugo@mffmlaw.com

William Siamas
MORGAN FRANICH FREDKIN SIAMAS & KAYS
333 West San Carlos Street, Suite 1050
San Jose, CA 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
Email: wsiamas@mffmlaw.com

Dated:  January 7, 2016                       MORGAN FRANICH FREDKIN SIAMAS & KAYS

By: _____
DAVID A. KAYS
Attorneys for Applicant
QUALCOMM INCORPORATED