1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

9

10

11

12

13

14

15

16

17

| | |
|---|---|
| In re Ex Parte Application of QUALCOMM INCORPORATED, <br><br> Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in a Foreign Proceeding | Case No. 5:16-mc-80002-PSG <br><br><br> **[PROPOSED] ORDER GRANTING QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MISCELLANEOUS CASES SHOULD BE RELATED** |

18

19

20

21

22

           Applicant Qualcomm Incorporated ("Qualcomm"), having filed seven <u>ex parte</u> applications pursuant to 28 U.S.C. § 1782 seeking discovery from seven companies (or in one case a group of affiliated companies) for use in a proceeding pending before the Korea Fair Trade Commission ("KFTC"), and having filed its Administrative Motion To Consider Whether Miscellaneous Cases Should Be Related; and

23

24

25

           This Court, having considered the administrative motion, the <u>ex parte</u> applications, and all papers submitted therewith, finds that Applicant's administrative motion should be granted.

26

27

28

           IT IS HEREBY ORDERED THAT the administrative motion be and hereby is granted, and that the following miscellaneous cases should be deemed related within the meaning

1

of Civil Local Rule 3-12:

    (1)    In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in a Foreign Proceeding, Case No. 5:16-mc-80002-PSG.

    (2)    In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Intel Corp. for Use in a Foreign Proceeding, Case No. 5:16-mc-80003-NC.

    (3)    In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Broadcom Corp. for Use in a Foreign Proceeding, Case No. 5:16-mc-80004-NC.

    (4)    In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from MediaTek USA, Inc. for Use in a Foreign Proceeding, Case No. 5:16-mc-80005-HRL.

    (5)    In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC for Use in a Foreign Proceeding, Case No. 5:16-mc-80006-PSG.

    (6)    In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Texas Instruments Inc. for Use in a Foreign Proceeding, Case No. 5:16-mc-80007-NC.

    (7)    In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from VIA Technologies, Inc. for Use in a Foreign Proceeding, Case No. 5:16-mc-80008-HRL.

Date: January 11, 2016

_Paul S. Grewal_
Hon. Paul S. Grewal, United States Magistrate Judge

2

[Proposed] Order Granting Qualcomm Incorporated's Administrative Motion
Case No. 5:16-mc-80002-PSG