# WILMERHALE

January 26, 2016

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

Hon. Paul S. Grewal
U.S. District Court for the Northern District of California
280 South 1st Street
San Jose, California 95113

    Re: *In re Ex Parte Application of Qualcomm Incorporated,*
          **Case No. 5:16-mc-80002 (N.D. Cal.)**

Dear Judge Grewal:

On behalf of Apple Inc. ("Apple"), I write regarding the above-referenced *ex parte* application by Qualcomm Inc. ("Qualcomm") for issuance of a subpoena pursuant to 28 U.S.C. § 1782. Qualcomm has not served Apple with its application or had any contact with Apple regarding the application.

We understand that in the related 5:16-mc-80006 matter, Samsung filed its opposition to Qualcomm's application on January 24, 2016, and that in the related 5:16-mc-80003 matter, Intel wrote to the Court yesterday to request an opportunity to submit an opposition to Qualcomm's application within three days after the KFTC's submission is filed on ECF and in no event later than February 5, 2016.

In order to assist the Court in coordinating the six other miscellaneous matters (16-mc-80003 through 80008) related to the above-referenced application, I write to inform the Court that Apple similarly intends to submit an opposition to Qualcomm's application, and to do so by February 5, 2016, unless of course the Court sets a different date.

Respectfully submitted,

Mark D. Selwyn

cc:    All Counsel of Record (ECF and e-mail)