MICHAEL TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

IAN SIMMONS (admitted *pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
BENJAMIN J. HENDRICKS (S.B. #288680)
bhendricks@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Respondents*
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re Ex Parte Application of QUALCOMM INCORPORATED, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC for Use in a Foreign Proceeding. | Case No. 5:16-mc-800002-PSG<br><br>Case No. 5:16-mc-800003-PSG<br><br>Case No. 5:16-mc-800005-PSG<br><br>Case No. 5:16-mc-800006-PSG<br><br>Case No. 5:16-mc-800007-PSG<br><br>Judge: Hon. Paul S. Grewal<br>Courtroom 5 |

**STIPULATION AND [DRAFT] ORDER REGARDING SCHEDULING FURTHER BRIEFING AND A HEARING REGARDING QUALCOMM INC.'S EX PARTE APPLICATIONS FOR ORDERS PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY**

Applicant, Qualcomm Inc. and opposing entities, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC (the "Samsung Entities"), Apple Inc., Intel Corp., Texas Instruments Incorporated, and MediaTek USA, Inc., by and through their respective counsel, stipulate that, subject to the approval of the Court, (1) consistent with the Court's orders to Apple Inc., Intel Corp., Texas Instruments Incorporated, and MediaTek USA, Inc., these opposing entities will file their respective oppositions to Qualcomm's applications for discovery pursuant to 28 U.S.C. § 1782 on or before February 1, 2016; (2) Qualcomm Inc. will file a single reply to all oppositions on or before February 7, 2016; and (3) a hearing will be held before Magistrate Judge Grewal at 2:30 PM on February 9, 2016.

**RECITALS**

**WHEREAS** counsel for the Samsung Entities and Qualcomm Inc. have met and conferred with regard to the briefing and hearing schedule related to Qualcomm Inc.'s various applications for discovery pursuant to 28 U.S.C. § 1782;

**WHEREAS** all entities that have indicated that they plan to oppose Qualcomm Inc.'s application for discovery pursuant to 28 U.S.C. § 1782 have agreed to submit their oppositions on or before February 1, 2016 in accordance with the Court's orders dated January 26, 2016 (*See* 16-mc-80002-PSG, Dkt. No. 15; 16-mc-80003-PSG, Dkt. No. 16; 16-mc-80005-PSG, Dkt. No. 16; 16-mc-80007-PSG, Dkt. No. 16);

**WHEREAS** all opposing entities have agreed to allow Qualcomm Inc. to reply to the aforementioned oppositions in a single omnibus filing on or before February 7, 2016;

**WHEREAS,** because Qualcomm Inc. is filing an omnibus reply to five oppositions, it seeks leave to file a reply of up to 30 pages, and the opposing entities do not object to that request; and

**WHEREAS** all above-mentioned entities, by and through their respective counsel, are available to attend a hearing before Magistrate Judge Grewal at 2:30 PM on February 9, 2016.

**SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. The Court has ordered that the opposing parties represented by under-signed counsel (other than the Samsung Entities) file oppositions to Qualcomm's applications for discovery pursuant to 28 U.S.C. § 1782 on or before February 1, 2016.

2. Qualcomm Inc. shall file a single omnibus reply to all oppositions on or before February 7, 2016, which reply may be up to 30 pages.

3. Qualcomm Inc. and all opposing entities to Qualcomm Inc.'s application for discovery pursuant to 28 U.S.C. § 1782 shall convene before Magistrate Judge Grewal on February 9, 2016 at 2:30 PM in Courtroom 5, 4th Floor, in the San Jose, United States District Court for the District of Northern California.

**ATTESTATION**

In compliance with Local Rule 5-1(i)(3), I hereby attest that Attorneys Gary Bornstein, Mark Selwyn, Kevin Hardy, and Steven C. Holtzman, have concurred in the filing of these stipulations and draft order, and have authorized me, Ian Simmons, to sign on their behalf.

/s/ Ian Simmons_____
Ian Simmons
*Counsel for the Samsung Entities*

STIPULATIONS ENTERED BY

/s/ Gary Bornstein
Gary Bornstein
*Counsel for Qualcomm Inc.*

/s/ Ian Simmons
Ian Simmons
*Counsel for the Samsung Entities*

/s/ Mark Selwyn
Mark Selwyn
*Counsel for Apple Inc.; and MediaTek USA, Inc.*

/s/ Kevin Hardy
Kevin Hardy
*Counsel for Intel Corp.*

/s/ Steven C. Holtzman
Steven Christopher Holtzman
*Counsel for Texas Instruments Incorporated*

**THUS, IT IS SO ORDERED.**

Dated: _____

By: _____
PAUL S. GREWAL
United States Magistrate Judge